1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  FLORO M. YBANEZ, | Case No.: 1:17-cv-00081-DAD-JLT |
| 12        Plaintiff, | [PROPOSED] ORDER CLOSING CASE |
| 13    vs. | |
| 14  D. SCOTT CARRUTHERS, A Professional Law Corporation, | |
| 15        Defendant. | |
| 16 | |

17      The parties have filed as stipulation to dismiss this action with prejudice, with each party to

18  bear their own attorney fees and costs. (Doc. 7)  The stipulation relies on Fed. R. Civ.P. 41(a)(1)

19  which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation

20  of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice

21  has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P.

22  41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court

23  is DIRECTED to close this action in light of the stipulation signed pursuant to Rule 41(a).

24

25  IT IS SO ORDERED.

26      Dated:    **February 28, 2017**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

27

28